MICHAEL G. PETERS                                              83,660-01
        VS.
STATE OF TEXAS      This document contains some
                    pages that are of poor quality   JULY 21, 2015
                    at the time of imaging.

RE: CASE NO'S 09-15-0016 CR, 1408207CR AND
              12-08-09259

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

TO THE CLERK OF THE HONORABLE CRIMINAL
APPEALS COURT, AUSTIN, TEXAS.

PLEASE FILE THIS WRIT OF HABEAS CORPUS
I AM ILLEGALY IMPRISONED AND HAVE BEEN
FOR (1) ONE YEAR. MY COURT APPT. COUNCIL
IS CORRUPT AND REFUSES TO COMMUNI-
CATE OR PRESENT THE EVIDENCE TO
COVER UP FOR CRIMINAL ACTIVITES AND
PROTECT THE JUDGES WHO HAVE COMMITTED
THEM.

I HAVE NO FUNDS AND THE LAW LIBRARY
CONSIST OF (4) FOUR BOOKS ONLY. I
NEED HELP BADLY AND I HAVE NO WHERE
TO TURN BUT TO ASK THIS COURT TO
INTERVENE SO PETITIONER CAN GET
RELIEF.

I AM BEING PREVENTED FROM TELLING THE
TRUE AND BRING OUT THE EVIDENCE.

        PLEASE HELP ME.
        Michael G. Peters     PETITIONER

MICHAEL G. PETERS                    CRIMINAL APPEALS COURT
        VS                           AUSTIN, TEXAS

THE STATE OF TEXAS                   RE: 09-15-00166 CR
JULY 21ST, 2015                          14-08207 CR
                                         12-08-09259

              *   PETITION FOR A WRIT OF *
                  HABEAS CORPUS

COMES NOW MICHAEL G. PETERS, PETITIONER
WHO STATES HE IS INNOCENT AND HELD
PRISONER FOR THE PAST YEAR IN THE
MONTGOMERY COUNTY JAIL, CONROE, TX. PETITI-
ONER STATES HE HAS NO WAYS, MEANS
OR FUNDS TO PRESENT THE TRUTH OTHER
THAN THIS WRIT OF HABEAS CORPUS,

PETITIONER STATES HE WAS CONVICTED OF
THE CHARGE OF RETALIATION WHILE TRY-
ING TO EXSPOSE A JUDGE TRACY GILBERT
OF THE 418TH DISTRICT COURT IN CONROE,
TX ON "YOUTUBE". JUDGE GILBERT WAS MAD
PETITIONER EXSPOSED HIS UNPROFESSIONAL
CONDUCT AND HIS ENTERING INTO A
CONSPIRACY TO PERVERT THE CORSE OF
JUSTICE WITH ANOTHER BAYLOR UNIVERSITY
GRADUATE DR. ZOANN E. DREYER PETITIONER'S
SON'S DOCTOR AT TEXAS CHILDREN'S HOSP;
WORKING AND EMPLOYED AND INSURED WITH
BAYLOR,
                PETITIONER STATE THE TRUE EVIDENCE
HAS NEVER COME OUT AS JUDGE GILBERT

AND JUDGE MICHAEL WHO TRAINED JUDGE GILBERT, ALSO PROSIDED OVER PETITIONER'S TRIAL AND DENIED PETITIONER ALL WITNESSES, ALL PRE TRIAL MOTIONS AND ALL THE FACTUAL AND TRUE EVIDENCE; THE SAME WAS DONE IN BOTH ALL THE FOREMENTIONED CASE NUMBERS.

PETITIONER STATES THROUGH COURT APPOINTED COUNCIL AFFORDED HIM WHO WERE FRIENDS OF THE JUDGES, PETITIONER WAS DENIED HIS BASIC CONSTITUTIONAL RIGHTS TO A FAIR AND IMPARTIAL, THE APPEAL'S LAWYER MR. WILLIAM E. HARRISON TELL'S PETITIONER HE CAN NOT FIRE HIM AS PETITIONER DID NOT HIRE HIM AND IS ON HIS OWN AGENDA TO FURTHER PREVENT THE TRUTH FROM COMMING OUT. ALL ATTEMPS TO WRITE THE NINTH AND EIGHTH DISTRICT COURTS OF APPEAL TO STOP THIS UNETHICAL AND FORCED MANIPULATION OF PETITIONERS TO PRESENT THE TRUE EVIDENCE HAS BEEN DENIED. ALL WRITS ALL WRITS OF HABEAS CORPUS DENIED CLAIMING PETITIONER HAS APPOINTED COUNCIL. INEFFECTIVE COUNCIL IS NOT COUNCIL AT ALL. THE LAWYER MR. WILLIAM E. HARRISON IS ACTING TO HIDE THE TRUTH; HE IS A COURT APPOINTED

CRONIE OF THE JUDGES APPOINTED TO KEEP COVERED UP THE TRUTH SO THEY ARE NOT EXSPOSED FOR CRIMINAL MISCONDUCT. IT IS WELL DOCUMENTED THAT THERE ARE FEDERAL INVESTIGATION INTO THE WRONG DOINGS OF THE MONTGOMERY COUNTY JUDGES. PETITIONER IS INNOCENT OF THE CHARGE OF RETALIATION BY THE LAW/S DEFINITIONS AND OTHER WISE. THE LIST OF COURT INFRACTIONS AND BLANTANT DENIAL TO HEAR THE REAL EVIDENCE IS OVERWHELMING. IT IS A PROVEN FACT THAT BOTH DR. DREYER AND JUDGE GILBERT'S WIFE BOTH LIED ON THE STAND. JUDGE GILBERT PROTECTED BAYLOR WHO INSURES DR. DREYER AND SO DR. DREYER (4) FOUR MONTH AFTER HELPED JUDGE GILBERT ON THE RETALIATION CHARGES WITH THE HELP OF ANOTHER OF PETITIONER COURT APPT APPOINTED COUNCILS. THIS WAS DONE IN A "I'LL SCRATCH YOUR BACK YOU SCRATCH MY BACK DEAL BETWEEN JUDGE GILBERT AND DR. DREYER. PETITIONER STATES THE EVIDENCE

IS OVER WHECHING BUT BEING SUPPRESSED BY CRONIE APPOINTED LEGAL COUNCILS. PETITIONER PRAYS; THAT THIS HONORABLE COURT WILL INTERSEED ON HIS BEHALF AND STOP MR. WILLIAM R. HARRISON FROM THWARTING PETITIONERS APPEAL.

PETITIONER PRAYS THIS HONORABLE COURT APPOINT AN APPEAL'S LAWYER FROM TRAVIS COUNTY TO SECURE FAIR AND UNBIASED RELIEF AND BRING FORTH THE TRUTH AND TRUE FACTS.

THE EIGHTH COURT OF APPEALS STATED THEY HAD NO JURISDICTION AND THE NINTH JUST IGNORES PETITIONERS PLEA'S FOR NEW COUNCIL STATING I HAVE COUNCIL; IGNORING THE FACT THAT IS WHAT I AM COMPLAINING ABOUT!

PETITIONER STATE HE DOES NOT WANT AND REJECTS COURT APPOINTED COUNCIL FROM MONTGOMERY AS THEY ARE CORRUPT AND FORCING TO ACT ON MERITS WHICH DO NOT EXSPOSE THE JUDGE AND DOCTOR COVER-UP

AS THEY ARE PART OF THE COVER UP. PETITIONER STATES HIS CASE TAKES ON ANOTHER TWIST[108] AFTER PETITIONER FOUND OUT THAT THE TEXAS MEDICAL BOARD WAS ALSO CORRUPT. WHEREAS AFTER EXHAUSTING ALL THE COMPLAINT PROCEDURES THE MEDICAL BOARD PLAINLY STATED THEY BELIEVED THE DOCTOR YET OVERWHELMING EVIDENCE PROVES HER GUILT AS WELL AS PETITIONES EVIDENCE. CHILD PROTECTIVE SERVICES, SOCIAL WORKERS AND NURSES AT TEXAS CHILDRENS HOSP DISBELIEVED DR. DREYER. GOV. RICK PERRY APPOINTED DR. IRVIN ZEITLER AT HIS DISCRETION TO THE HEAD OF THE MEDICAL BOARD. A MAN WHO ABANDONED HIS WIFE TO MARRY HIS NURSE! ELECTION DONATIONS WERE MADE TO RICK PERRY'S ELECTION FROM THE HOSPITALS FOR FAVORS! AS PETITIONER STATED THE EVIDENCE IS 100% CONCERNING THE DOCTORS GUILTY. TEXAS CHILDREN'S AND BAYLOR HOSPITALS WENT ON TO SPEND TENS OF THOUSANDS OF DOLLARS TO COVER UP FOR DR. DREYER SO SHE WOULD NOT BE SUED FOR HUNDREDS OF MILLIONS IN DAMAGES AGAINST PETITIONER. PAYING FOR PRIVATE INVESTIGATORS TO SPY ON PETITIONER, COURIERS COURRIERS, PHOTO-GRAPHERS AND LAWYERS AT EVERYONE

OF PETITIONERS DIVORCE HEARING LASTING (13) MONTH AS WELL AS AT THE TRAIL FOR RETALIATION. STATING "WE ARE JUST HERE INCASE YOU NEED US", PETITIONER STATES THEY WERE NEVER NEED NOR TOOK THE STAND BUT PETITIONER VIEWED THEM TALKING WITH JUDGE GILBERT IN CHAMBERS AND JUST AFTERWORDS JUDGE GILBERT DENIED PETITIONER ACTING PRO SE ALL WITNESS, ALL PRE-TRAIL MOTIONS, ALL EVIDENCE, REFUSED TO ACT ON HIS OWN COURT ORDER WHEN IT WAS IN PETITIONERS FAVOR, PETITIONER WAS FORCED TO WRITE THE CHIEF JUSTICE UNDERWOOD TO COMPELL JUDGE GILBERT FOR A COURT DATE TO HEAR PRE TRAL MOTIONS. AFTER WORDS JUDGE GILBERT ABANDON PETITIONER CASE ENLISTING JUDGE DOUGLAS SQUIR (SIMI-RETIRED) WHO CAME WITH HIS REALATOR FRIEND OF (30) YRS. FROM COLDWELL BANKERS AND SOLD MY $230,000.00 5.25 ACRES WITH HOME AND OUTBUILDING FOR DIRT VALUE $103,000.00. THIS PROPERTY WAS INDEPENDANTED APPRAISE JUST (4) MONTHS EARIER BY CENTURY 21 FOR $187,000.00. THE EVIDENCE IS BEING HIDDEN WHILE PETITIONER IS USED AS A SCAPEGOAT BECAUSE HE KNOWS TO MUCH. PETITIONER PRAYS THIS HONORABLE COURT INTERSEED FOR PETITIONER WHO ONLY ASKS TO

BRING FORTH THE EVIDENCE WHICH WILL PROVE HIS INNOCENCE."

PETITIONER HAS CONSTITUTIONAL RIGHTS TO BRING FORTH HIS DEFENCE IN COURT. PETITIONER'S SON DALTON PETERS WAS STOLEN THROUGH THESE LIES AND ENSUING COVER UP. PETITIONER STATES HE HAS AN OBLIGATION TO HIS SON WITH CANCER TO LOVE AND PROTECT HIM. IT IS A CONSTITUTIONAL RIGHT TO PROTECT ONES OWN FAMILY. PETITIONER NEVER EXSPECTED THIS FIGHT WOULD FALSLY IMPRISON HIM BECAUSE HIS CIVIL COURT JUDGE TRACY GILBERT ENTERED INTO AN AGREEMENT TO PROTECT HIS SON'S DOCTOR FROM A MILLION DOLLAR LAWSUIT IN A QUID PRO QUO DEAL. JUDGE GILBERT SQUASHED ALL THE HOSPITAL OFFICIALS TO STOP THEIR TESTIFING AGAINST THE HOSPITALS AS THEY DID IN THE MEDICAL RECORDS. DR. DREYER LIED TWICE TO CPS AND WHEN THAT FAILED LIED IN MY SON'S MEDICAL RECORDS AND FAXED THAT LIE TO MY EX-WIFES LAWYERS AT 6:45 AM THE MORNING OF THE CHILD CUSTODY HEARING TO USE SAID LIE TO STEAL PETITIONERS SON, THUS COMMITING ASSTRUATED PERJURY. THIS WOULD

HAVE REVOLKED HER LICESES (MEDICAL) AND COULD HAVE LANDED HER IN PRISON FOR (5) YEARS, THUS THE HOSPITALS EMBARKED ON A COVER UP CHAMPAIGN, AS SAID COSTING (10'S) OF THOUSANDS, PETITIONER PICKETED THE HOSPITAL FOR (2½) MONTHS PASSING OUT EVIDENCE AND CALLING THE DOCTOR A FRAUD AND LIAR AND THAT SAID HOSPITAL COVERS UP FOR SUCH, IT WAS NO SUR-PRISE I WAS NOT SUED! HOWEVER TO FIND OUT ABOUT OUR MEDICAL BOARD WHO WAS SENT ALL THE EVIDENCE WAS UNEXPECTED BUT EXPLAINED ALSO WHY THE HOSPITALS FELT COMFORTABLE IN COVERING UP FOR DR. DREYER INSTEAD OF DISTANCING THEMSELVES FROM HER. PETITIONER DID NOT KNOW SAID CORRUPTION WAS SO WIDESPREAD IN TEXAS, BUT HAD TO PROTECT HIS SON WHO IS NOW FATHER-LESS, THE EX-WIFE HAD A BRAIN TUMOR REMOVED FROM HER HEAD DURING THE DIVORCE PROCEEDING AND NOW DACTOW IS TAKEN CARE BY HER SISTER, SHE MARRIED HER (16) YEAR OLD DAUGHTER PETITIONER RAISED SINCE (4) YRS OLD ALSO DURING THIS TIME AT THE AGE OF (16).

PAGE 9.

## PRAYER

PETITIONER APOLOGIES FOR THE LONG STOREY, PETITIONER ONLY WANTED TO EXPRESS THE SURROUNDING FACTS, PETITIONER ASK THIS HONORABLE COURT FOR A COURT APPOINTED LAWYER FROM TRAVIS COUNTY AND TO DISMISS COURT APPOINTED COUNCIL FROM MONTGOMERY COUNTY WHO REFUSES TO BRING FORTH THIS EVIDENCE, PETITIONER ASKS TO BE BROUGHT BEFORE THIS HONORABLE COURT TO PRESENT THE FACTS AND TO GET RELIEF FROM THE REPRESSIVE AND DAMAGING CONTROL OF MONTGOMERY COUNTY. PETITIONER ALSO STATES HE HAS HAD NO SUNLIGHT IN A YEAR, WHICH IS INHUMAN,

PETITIONER STATES THAT IF PRESENT COUNCIL (COURT APPOINTED) MR. WILLIAM E. HARRISON IS NOT REMOVED AND UN BIASED COUNCIL APPOINTED FROM ANOTHER VENUE/COUNTY; THAT PETITIONER WHO IS INNOCENT WILL BE FALS' not FASLY IMPRISONED FOR THE REST OF HIS LIFE AND THE TRUTH FOREVER SUPPRESSED,

PETITIONER STATES HE HAS NO OTHER RECORSE FOR JUSTICE OTHER THAN THIS WRIT OF HABEAS CORPUS TO SECURE HIS CONSTITUTIONAL RIGHTS TO TELL THE TRUTH AND PRESENT THE EVIDENCE FAIRLY.

THE NINTH COURT OF APPEALS IS AND HAS REFUSED TO ALLOW PETITIONER HIS RIGHT TO PRESENT HIS EVIDENCE AND INNOCENCE AS THEY HAVE REFUSED PETITIONERS WRIT OF HABEAS CORPUS COMPLAINT SAID APPOINTED COUNCIL FOR THIS APPEAL IS $181^{mt}$ AND HAS REFUSED TO CONVEY THE TRUTH TO THE APPEALS COURT, THUS DENYING PETITIONER HIS CONSTITUTIONAL AND LEGAL RIGHT TO AN APPEAL.

RESPECTFULLY SUBMITTED

Michael G. Peter

PETITIONER.